AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America
v.
Tyra Loya
DOB: 1991, Citizen of the United States

*Defendant(s)*

Case No. M-14-0507-M

United States District Court
Southern District of Texas
FILED

MAR 14 2014

David J. Bradley, Clerk

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 12, 2014__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 952 | Importing into the United States from Mexico approximately 3.48 kilograms of methamphetamine. |

This criminal complaint is based on these facts:

See Attachment "A"

Continued on the attached sheet.

Approved for filing
AUSA
3-14-14

_____
Complainant's signature

Cesar Robles, SA Homeland Security Investigations
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __March 14, 2014__
      __8:47 am__

_____
Judge's signature

City and state: __McAllen, Texas__

U.S. Magistrate Peter Ormsby
*Printed name and title*

## Attachment "A"

On March 12, 2014, at approximately 8:56 p.m., Tyra LOYA, a United States Citizen, applied for admission to the United States through the Hidalgo, Texas Port of Entry (POE) as a passenger of a Mexican Taxi Cab. Primary Customs and Border Protection Officer (CBPO) G. Rizo obtained a negative oral declaration for merchandise, agriculture products, currency and narcotics from LOYA. CBPO G. Rizo referred LOYA to secondary because she was only in possession of a Texas Identification Card and did not have proof of being a citizen of the United States. LOYA was escorted to Passport Control Secondary to verify her citizenship.

In Passport Control Secondary, LOYA was questioned by CBPO L. Rodriguez regarding her purpose to travel to Mexico. After continuous questioning, LOYA stated she had been given a suitcase by an unknown person in Reynosa to bring to the United States. The suitcase was inspected by CBPOs which resulted in tampering around the inner lining of the luggage. Further inspection resulted in the finding of two foil paper like packages under the lining of the suitcase. The packages were field tested, which tested positive for the characteristics of methamphetamine. The two packages were weighed using a CBP scale that totaled 3.48 kilograms.

At approximately 11:48 p.m., on March 12, 2014, LOYA waived her Miranda Rights and agreed to be interviewed by HSI Special Agent (SA) Cesar Robles and SA Adrian Olivarez. During the interview, LOYA stated she was offered a job to pick up a suitcase in Reynosa, Mexico and bring it back to the United States. LOYA was told she was smuggling pills in the suitcase but was not told the amount of drugs. LOYA stated she thought she was smuggling ecstasy pills in the suitcase and was going get paid $1,000 to bring the suitcase into the United States. LOYA stated this was her first time transporting narcotics into the United States.